**No. 54942.**—D. Hauser, Inc. v. United States, protest 163455–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as- those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54943.**—Van Gelder-Fanto Corp. v. United States, protests 134551–K, etc.. (New York).

Opinion by COLE, J.   It was stipulated that the merchandise consists of dried brain similar in all material respects to the substance passed upon in *Biological Raw Products Co.* v. *United States* (25 Cust. Ct. 1, C. D. 1253).   The claim for free entry under paragraph 1669 was therefore sustained.

**No. 54944.**—Van Gelder-Fanto Corp. v. United States, protest 140613–K (New York).

Opinion by COLE, J.   It was stipulated that the merchandise consists of estro- genic substances the same in all material respects as that passed upon in *Roche- Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10ʹ percent under paragraph 34 was therefore sustained.

**No. 54945.**—Walker Services v. United States, protests 151032–K and 151034–K. (Boston).

Opinion by COLE, J.   In accordance with stipulation of counsel that the mer- chandise consists of wool flocks the same in all material respects as those the sub- ject of *Walker Services* v. *United States* (24 Cust. Ct. 190, C. D. 1230), the claim of the plaintiff was sustained.